1     (*Counsel listed on next page*)

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 CORBIN HALLEY, as an individual     No.  8:17-cv-00692-JGB-MRW
   and on behalf of all others similarly
12 situated,     **JOINT STATUS REPORT REGARDING**
       **STAY OF ACTION**
13

14            Plaintiffs,     Courtroom:   1 (3470 Twelfth St., Riverside)
       Judge:        Hon. Jesus G. Bernal
15     vs.

16 TARGET CORPORATION, a
   Corporation, and DOES 1 through 50,
17 inclusive,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 94743740.1

1  LARRY W. LEE (Cal. State Bar No. 228175)
2  DIVERSITY LAW GROUP, P.C.
   515 S. Figueroa Street, Suite 1250
3  Los Angeles, California  90071
   Telephone: (213) 488-6555
4  Facsimile: (213) 488-6554
   lwlee@diversitylaw.com
5
6  EDWARD W. CHOI (Cal. State Bar No. 211334)
   PAUL M. YI (Cal. State Bar No. 207867)
7  LAW OFFICES OF CHOI & ASSOCIATES, P.C.
   515 S. Figueroa Street, Suite 1250
8  Los Angeles, California  90071
   Telephone: (213) 381-1515
9  Facsimile: (213) 465-4885
   edward.choi@calaw.biz
10 paul.yi@calaw.biz
11
   THOMAS M. LEE (Cal. State Bar No. 210599)
12 LEE LAW OFFICES, APLC
   3435 Wilshire Boulevard, Suite 2400
13 Los Angeles, California 90010
   Telephone: (213) 251-5533
14 Facsimile: (213) 251-5534
15
   Attorneys for Plaintiff
16 Corbin Halley
17 JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
18 ANNA M. SKAGGS (Cal. State Bar No. 319179)
19 PAUL HASTINGS LLP
   101 California Street, 48th Floor
20 San Francisco, California 94111
   Telephone:  (415) 856-7000
21 Facsimile:  (415) 856-7100
22 jeffwohl@paulhastings.com
   jullielal@paulhastings.com
23 annaskaggs@paulhastings.com
24
   Attorneys for Defendant
25 Target Corporation
26
27
28

LEGAL_US_W # 94743740.1

1   The parties submit this joint status report pursuant to the Court's June 1, 2017,
2   order.  In summary, the grounds for a stay of this action remain in place.

3                              ***Thompson v. Target Corp.*,**
                **Los Angeles Superior Court, Case Nos. BC 474522 and BC 475813**
4

5   As the Court will recall, a ground for staying this action was that plaintiff Halley's
6   meal-period and related claims in this action are subsumed by the class-certified meal-
7   period and related claims in *Thompson*.  On August 30, 2017, the Los Angeles Superior
8   Court granted final approval of the parties' class settlement of plaintiff Thompson's
9   meal-period and related claims.

10   Defendant alleges that because plaintiff Halley is a member of the *Thompson* class
11   and did not opt out of the settlement, he is bound by the settlement, and his meal-period
12   claims raised in this action should be dismissed in their entirety.  Now that the *Thompson*
13   class settlement has been finally approved, plaintiff Halley will review the relevant
14   records and meet and confer as to the future of his meal-period claim.

15                              ***Bowen v. Target Corp.*,**
                **U.S.D.C., C.D. Cal., No. 2:16-cv-02587-JGB-MRW**
16

17   As the Court will recall, a ground for staying this action was that plaintiff Halley's
18   rest-period and related claims in this action are subsumed by the class rest-period and
19   related claims in *Bowen*.  Since the parties' last joint status report on May 4, 2018, the
20   parties have continued to meet and confer over discovery.  The parties are awaiting a
21   scheduling order by the Court, which should include a deadline for plaintiff Bowen to file
22   her motion for class certification.  Once that motion is decided, it may be determined
23   whether the stay of the *Halley* action should be lifted.  However, if that motion will not
24   be filed and/or determined in a timely basis, Plaintiff may move this Court to lift the stay
25   as continuing the stay for any significant period may be prejudicial to the putative class
26   members.

27   This Joint Status Report is filed by Jeffrey D. Wohl. All other signatories listed,
28   and on whose behalf the filing is submitted, concur in the filing's content and have

1 | authorized this filing.

2 |      Dated:  July 2, 2018.

3 |                                         LARRY W. LEE
      |                                         DIVERSITY LAW GROUP, P.C.

4 |                                         EDWARD W. CHOI
      |                                         PAUL M. YI
5 |                                         LAW OFFICES OF CHOI & ASSOCIATES, P.C.

6 |                                         THOMAS M. LEE
      |                                         LEE LAW OFFICES, APLC

7 |

8 |                                         By:            /s/ *Larry W. Lee*

9 |                                                    Larry W. Lee
      |                                         Attorneys for Plaintiff Corbin Halley

10 |

      |      Dated:  July 2, 2018.

11 |                                         JEFFREY D. WOHL
      |                                         JULLIE Z. LAL
12 |                                         ANNA M. SKAGGS
      |                                         PAUL HASTINGS LLP

13 |

14 |                                         By:            /s/ *Jeffrey D. Wohl*

15 |                                                    Jeffrey D. Wohl
      |                                         Attorneys for Defendant Target Corporation

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

LEGAL_US_W # 94743740.1