*(Counsel listed on the next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN HALLEY, as an individual and on behalf of all others similarly situated, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>TARGET CORPORATION, a Corporation; and DOES 1 through 50, inclusive, <br><br>　　　　　Defendants. | No. 8:17-CV-00692-JGB-MRW <br><br>**STIPULATION TO DISMISS ACTION** <br><br>Judge:　　　　Hon. Jesus G. Bernal <br><br>Complaint filed:　March 6, 2017 <br>FAC filed:　　　December 22, 2022 <br>SAC filed:　　　July 29, 2024 <br>Trial date:　　　June 3, 2025 |

| | |
|---|---|
| 1 | LARRY W. LEE (Cal. State Bar No. 228175) |
| 2 | DIVERSITY LAW GROUP, P.C.<br>515 S. Figueroa Street, Suite 1250 |
| 3 | Los Angeles, California 90071<br>Telephone: (213) 488-6555 |
| 4 | Facsimile: (213) 488-6554 |
| 5 | lwlee@diversitylaw.com |
| 6 | EDWARD W. CHOI (Cal. State Bar No. 211334)<br>LAW OFFICES OF CHOI & ASSOCIATES |
| 7 | 515 S. Figueroa Street, Suite 1250 |
| 8 | Los Angeles, California 90071<br>Telephone: (213) 381-1515 |
| 9 | Facsimile: (213) 465-4885<br>Edward.Choi@choiandassociates.com |
| 10 | THOMAS M. LEE (Cal. State Bar No. 210599) |
| 11 | LEE LAW OFFICES, APLC<br>3435 Wilshire Blvd Suite 2400 |
| 12 | Los Angeles, California 90010 |
| 13 | Telephone: (213) 251-5533<br>Facsimile: (213) 251-5534 |
| 14 | thomas@thomaslee.com |
| 15 | Attorneys for Plaintiff Corbin Halley |
| 16 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| 17 | ERIC D. DISTELBURGER (Cal. State Bar No. 330042)<br>PAUL HASTINGS LLP |
| 18 | 101 California Street, 48th Floor<br>San Francisco, California 94111 |
| 19 | Telephone:    (415) 856-7000<br>Facsimile:    (415) 856-7100 |
| 20 | jeffwohl@paulhastings.com |
| 21 | ericdistelburger@paulhastings.com |
| 22 | AJA S. NUNN (Cal. State Bar No. 347676)<br>PAUL HASTINGS LLP |
| 23 | 515 South Flower Street, 25th Floor |
| 24 | Los Angeles, California 90071<br>Telephone:    (213) 683-6000 |
| 25 | Facsimile:    (213) 627-0705<br>ajanunn@paulhastings.com |
| 26 | |
| 27 | Attorneys for Defendant<br>Target Corporation |
| 28 | |

STIPULATION TO DISMISS ACTION
U.S.D.C., C.D. Cal., No. 8:17-CV-00692-JGB-MRW

LEGAL_US_W # 182575989.1

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiff Corbin Halley and defendant Target Corporation, acting by and through their respective counsel of record, hereby stipulate that this action may be DISMISSED, with plaintiff's individual claims DISMISSED WITH PREJUDICE and the putative class claims DISMISSED WITHOUT PREJUDICE, each side to bear its own attorneys' fees and costs.

I, Jeffrey D. Wohl, attest that all signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 14, 2025.

LARRY W. LEE
DIVERSITY LAW GROUP, P.C.

EDWARD W. CHOI
LAW OFFICES OF CHOI & ASSOCIATES, P.C.

THOMAS M. LEE
LEE LAW OFFICES, APLC

By: *Larry W. Lee*
Larry W. Lee
Attorneys for Plaintiff Corbin Halley

Dated: March 14, 2025.

JEFFREY D. WOHL
ERIC D. DISTELBURGER
AJA S. NUNN
PAUL HASTINGS LLP

By: *Jeffrey D. Wohl*
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation