*(Counsel listed on the next page)*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN HALLEY, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 8:17-CV-00692-JGB-MBK<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION**<br><br>Judge:          Hon. Jesus G. Bernal<br><br>Complaint filed:   March 6, 2017<br>FAC filed:         December 22, 2022<br>SAC filed:         July 29, 2024<br>Trial date:        June 3, 2025 |

| | |
|---|---|
| 1 | LARRY W. LEE (Cal. State Bar No. 228175) |
| 2 | DIVERSITY LAW GROUP, P.C.<br>515 S. Figueroa Street, Suite 1250 |
| 3 | Los Angeles, California 90071<br>Telephone: (213) 488-6555 |
| 4 | Facsimile: (213) 488-6554 |
| 5 | lwlee@diversitylaw.com |
| 6 | EDWARD W. CHOI (Cal. State Bar No. 211334)<br>LAW OFFICES OF CHOI & ASSOCIATES |
| 7 | 515 S. Figueroa Street, Suite 1250<br>Los Angeles, California 90071 |
| 8 | Telephone: (213) 381-1515<br>Facsimile: (213) 465-4885 |
| 9 | Edward.Choi@choiandassociates.com |
| 10 | THOMAS M. LEE (Cal. State Bar No. 210599) |
| 11 | LEE LAW OFFICES, APLC<br>3435 Wilshire Blvd Suite 2400 |
| 12 | Los Angeles, California 90010<br>Telephone: (213) 251-5533 |
| 13 | Facsimile: (213) 251-5534 |
| 14 | thomas@thomaslee.com |
| 15 | Attorneys for Plaintiff Corbin Halley |
| 16 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| 17 | ERIC D. DISTELBURGER (Cal. State Bar No. 330042)<br>PAUL HASTINGS LLP |
| 18 | 101 California Street, 48th Floor<br>San Francisco, California 94111 |
| 19 | Telephone:     (415) 856-7000<br>Facsimile:     (415) 856-7100 |
| 20 | jeffwohl@paulhastings.com |
| 21 | ericdistelburger@paulhastings.com |
| 22 | AJA S. NUNN (Cal. State Bar No. 347676)<br>PAUL HASTINGS LLP |
| 23 | 515 South Flower Street, 25th Floor<br>Los Angeles, California 90071 |
| 24 | Telephone:     (213) 683-6000 |
| 25 | Facsimile:     (213) 627-0705<br>ajanunn@paulhastings.com |
| 26 | Attorneys for Defendant |
| 27 | Target Corporation |
| 28 | |

ORDER GRANTING STIP. TO DISMISS ACTION
U.S.D.C., C.D. Cal., No. 8:17-CV-00692-JGB-MRW

LEGAL_US_W # 182576133.1

1  On the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that this action be and hereby is DISMISSED, with plaintiff Corbin Halley's individual claims DISMISSED WITH PREJUDICE and the putative class claims asserted in the action DISMISSED WITHOUT PREJUDICE, each side to bear its own attorneys' fees and costs.

Dated: March 17, 2025.

_____
Jesus G. Bernal
United States District Judge